**APPLICANT**     <u>LESTER SAMUEL WILLIAMS</u>     **APPLICATION NO.** <u>WR-72,189-03</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

**ACTION TAKEN**

DISMISSED, SUBSEQUENT APPLICATION. TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c).

_(signature)_ Lawrence E. Meyers     06/03/15

**JUDGE**                                                     **DATE**